# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Peter L. Hilbert, Jr.
Sher Garner Cahill Richter
909 Poydras, Ste 2800
New Orleans LA 70112

James Michael Garner
Sher, Garner, Cahill, etc.
909 Poydras Street, 28th Floor
New Orleans LA 70112

Thomas J. Madigan, II
Sher, Garner
909 Poydras St., 28th Floor
New Orleans LA 70112

Emily E. Ross
Sher, Garner, Cahill
909 Poydras Street, 28th Fl
New Orleans LA 70112

## REHEARING ACTION: June 20, 2014

**Docket Number: 14   00333-CW**

**RAIN CII CARBON, LLC**
**VERSUS**
**TURNER INDUSTRIES GROUP, LLC,**
**ET AL.**

**Writ Application from Calcasieu Parish Case No. 2013-1325**

**BEFORE JUDGES:**

Hon. John D. Saunders
Hon. Billy Howard Ezell
Hon. Shannon J. Gremillion
Hon. Phyllis M. Keaty
Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Rain CII Carbon, LLC** has this day been

**DENIED.**
Saunders, J., would grant the rehearing.

cc: Brian George Corgan, Counsel for  the Respondent
    Joseph Anthony Delafield, Counsel for  the Respondent
    Lamont Paul Domingue, Counsel for  the Respondent
    Hoai T. Hoang, Counsel for  the Respondent
    Ashley Lucile Belleau, Counsel for  the Respondent
    Omar K. Mason, Counsel for  the Respondent
    Gerald L. Jackson, Counsel for  the Respondent